```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 10091
   MARGARET J GARDNER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3255


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/18/2006 and was confirmed 03/15/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC   CURRENT MORTG     8685.23            .00         8685.23
CHASE HOME FINANCE LLC   MORTGAGE ARRE     6381.71            .00             .00
ECAST SETTLEMENT CORP    UNSECURED          369.05            .00             .00
OLD REPUBLIC INSURANCE   UNSECURED         9764.13            .00             .00
RUSH UNIVERSITY          UNSECURED       NOT FILED            .00             .00
SEARS PAYMENT CENTER     UNSECURED       NOT FILED            .00             .00
CODILIS & ASSOCIATES     NOTICE ONLY     NOT FILED            .00             .00
HSBC BANK NEVADA/HSBC CA UNSECURED          222.67            .00             .00
MELVIN J KAPLAN          DEBTOR ATTY      3,000.00                        1,110.06
TOM VAUGHN               TRUSTEE                                            659.71
DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                10,455.00

PRIORITY                                              .00
SECURED                                          8,685.23
UNSECURED                                             .00
ADMINISTRATIVE                                   1,110.06
TRUSTEE COMPENSATION                               659.71
DEBTOR REFUND                                         .00
                       -----------           -----------
TOTALS                 10,455.00               10,455.00




               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 10091 MARGARET J GARDNER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE